**In re S.V. BABU, Sharath Hegde, and Sunil Chandra Jha.**

No. 2008–1025.

United States Court of Appeals, Federal Circuit.

April 15, 2008.

### ORDER

Appellant having submitted the required brief, and it appearing that the appeal was dismissed in error, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the notice of appeal is REINSTATED.

**HOWMEDICA OSTEONIC CORP., Plaintiff–Appellant,**

v.

**WRIGHT MEDICAL TECHNOLOGY, INC., Defendant–Cross Appellant.**

No. 2007–1363, 2007–1435.

United States Court of Appeals, Federal Circuit.

April 16, 2008.

### *ORDER*

The cross appeal filed by Wright Medical Technology, Inc., in 2007–1435 is dismissed because it does not seek to enlarge the judgment but merely asserts an alternative ground to affirm the judgment below.

Three briefs filed in this case, the "Brief of Cross Appellant," the "Combined Response and Reply Brief for Plaintiff–Appellant Howmedica Osteonics Corp.," and the "Reply Brief of Cross Appellant," are stricken without prejudice to refiling proper response and reply briefs in compliance with the page or word limits of Fed. R.App. P. 32(a)(7). No increase in the applicable page and word limits will be granted. The parties are directed to file compliant briefs according to the following schedule:

(1) The response brief of defendant-appellee Wright Medical Technology, Incorporated shall be filed no later than Monday, April 21, 2008.

(2) The reply brief of plaintiff-appellant Howmedica Osteonics Corporation shall be filed no later than Thursday, April 24, 2008.